```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
  LILIA CASTIBLANCO and JOSE                          :
  CASTIBLANCO,                                        :
                                                      :
                         Plaintiffs                   :     23-CV-2736 (VSB)
                                                      :
                    -against-                         :          ORDER
                                                      :
  ALLSTATE INSURANCE COMPANY,                         :
                                                      :
                         Defendants.                  :
------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On May 10, 2024, I entered a Case Management Plan and Scheduling Order, which directed the parties to submit a joint letter updating the Court on the status of the case no later than November 13, 2024, after which the Court would conduct a telephonic post-discovery conference with the parties on November 20, 2024. (Doc. 33.) To date, the parties have not submitted any joint letter.

On November 8, 2024, the parties submitted a stipulation of voluntary dismissal. On November 12, 2024, the Clerk's Office rejected this stipulation of voluntary dismissal as deficient because it did not have handwritten signatures from all the parties who have appeared in the action. (Docket Text entered 11/12/2024.) Therefore, the case has not been terminated.

The hearing currently scheduled on November 20, 2024, at 2:00 pm is hereby adjourned sine die. The parties are ORDERED to either submit a proper stipulation of voluntary dismissal or to submit a joint letter, as instructed in the Case Management Plan, as to the status of the case within seven (7) days of this Order.

SO ORDERED.

Dated:    November 19, 2024
           New York, New York

                                            Vernon S. Broderick
                                            United States District Judge